

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2015

No. 04-14-00890-CV

Christopher James **COLEMAN**,
Appellant

v.

**DOVER MAINTENANCE ASSOCIATION, INC.**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-01340
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On April 14, 2015, this court was informed that the parties have settled. It is therefore ORDERED that this appeal is reinstated on the docket of this court.

Appellant is hereby ORDERED to file either an agreed or unopposed motion to dismiss this appeal <u>no later than May 1, 2015</u>. All other appellate deadlines are hereby suspended.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court